IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **DONALD BARNHART**,<br><br>                     Plaintiffs,<br>v.<br><br>**CHEESECAKE FACTORY RESTAURANTS**,<br><br>                     Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:22-cv-00674-JNP-JCB<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

      The parties stipulated to a motion to dismiss this matter with prejudice (ECF No. 25). Based on the parties' stipulated motion and with good cause appearing, the stipulated motion (ECF No. 25) is **GRANTED** and Plaintiff's Complaint (ECF No. 6) is **DISMISSED** with prejudice. Each party is to bear its own fees and costs. The Clerk of Court is directed to **CLOSE** this matter.

      Signed October 12, 2023

                                      BY THE COURT

                                      _____
                                      Jill N. Parrish
                                      United States District Court Judge